FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 2:54 pm, Jun 04, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INDICTMENT NO. 2:25CR-13 |
| | ) |
| v. | ) 8 U.S.C. § 1326 |
| | ) Illegal Re-entry After Removal |
| **JOAQUIN SORIANO-SEGURA** | ) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Illegal Re-entry After Removal*
8 U.S.C. § 1326

On or about May 30, 2025, in McIntosh County, within the Southern District of Georgia, the Defendant,

**JOAQUIN SORIANO-SEGURA,**

an alien, was found in the United States after having been removed therefrom on or about May 23, 2008, at or near Atlanta, Georgia, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) & (b)(1) and (b)(2).

A True Bill.

Foreperson

_____  _____
Tara M. Lyons                Bradley R. Thompson
Acting United States Attorney Assistant United States Attorney
                             *Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

2