

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. 2:25cr-13 |
| | ) | |
| v. | ) | 8 U.S.C. § 1326 |
| | ) | Illegal Re-entry After Removal |
| JOAQUIN SORIANO-SEGURA | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:  **Illegal Re-Entry After Removal**
8 U.S.C. § 1326(a)

- Not more than two years of imprisonment;
- Not more than a $250,000 fine;
- Not more than one year of supervised release; and
- $100 special assessment.

If Defendant's removal was subsequent to a felony conviction as set forth in 8 U.S.C. § 1326(b)(1):

- Not more than 10 years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release; and
- $100 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Bradley R. Thompson*

Bradley R. Thompson
Assistant United States Attorney
Illinois Bar Number 6321559